UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

SECURITIES AND EXCHANGE                    )
COMMISSION,                                )
                                           )
                 Plaintiff,                )        Civil Action No.
                                           )        1:16-cv-10960-ADB
        v.                                 )
                                           )
CHRISTOPHER R. ESPOSITO,                   )
ANTHONY JAY PIGNATELLO,                     )
JAMES GONDOLFE,                            )
RENEE GALIZIO,                             )
LIONSHARE VENTURES LLC, and                )
CANNABIZ MOBILE, INC.                      )
                                           )
Defendants.                                )
_____)

# JOINT STATUS REPORT

This report is submitted pursuant to the Court's April 3, 2019 Order, Dkt. No. 149.  The

status of this matter, as described in the parties' report dated April 3, 2019, remains unchanged.

Thus, the parties request that the Court order that the parties file a supplemental status report

within 120 days.

Respectfully submitted,

Dated: July 3, 2019

SECURITIES AND EXCHANGE
COMMISSION,
By its attorneys,

/s/ David H. London
David H. London
Lauchlan Wash
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8997 (London)
Facsimile: (617) 574-4590
Email: londond@sec.gov

ANTHONY JAY PIGNATELLO,
By his attorney,

/s/ Eric P. Christofferson
Eric P. Christofferson (BBO# 654087)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Email: eric.christofferson@dlapiper.com
Tel: (617) 406-6089
Fax: (617) 406-6198

## CERTIFICATE OF SERVICE

I hereby certify that, on July 3, 2019, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ Eric P. Christofferson
Eric P. Christofferson